## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JARED GLENN DOUGLAS | § | |
| TDCJ-CID #10121220 | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. C-08-158 |
| | § | |
| NUECES COUNTY JAIL, et al. | § | |
|     Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO PROSECUTE

The United States Magistrate Judge filed her Memorandum and Recommendation on August 12, 2008 (D.E. 11). Plaintiff has not filed any objections. Plaintiff asserts claims against Defendants Nueces County Jail and Christus Spohn Memorial Hospital, alleging that they were deliberately indifferent to his severe medical needs, including his need for regular anti-anxiety medication (D.E. 1).

When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's decision. The Court DISMISSES Plaintiff's complaint for

failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure, without prejudice to refiling.

ORDERED this ___ day of ___ 2008.

HAYDEN HEAD
CHIEF JUDGE